UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al., | No. 25-6428 |
| *Defendants-Appellants*, | JOINT MOTION FOR A STAY OF APPELLATE PROCEEDINGS |
| v. | |
| MARTIN LUTHER KING, JR. COUNTY, et al. | |
| *Plaintiffs-Appellees*. | |

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27-1, the parties jointly move for a stay of appellate proceedings in this appeal, No. 25-6428, pending the Court's resolution of the related appeal, No. 25-3664, which arises from the same district court case.

On June 3, 2025, the district court entered a preliminary injunction prohibiting certain Defendants-Appellants from enforcing specified conditions on federal grant funding against a subset of Plaintiffs-Appellees ("the First PI"). Those Defendants-Appellants appealed the First PI, and that appeal, No. 25-3664, is fully briefed and awaiting argument.

On August 12, 2025, the district court entered a second preliminary injunction ("the Second PI"), which expanded the relief granted in the First PI to additional plaintiffs, additional defendants, and additional grant programs. Defendants-Appellants filed the instant appeal, No. 25-6428, challenging the Second PI. Defendants-Appellants' opening brief in this appeal is due December 23, 2025.

Good cause exists to stay this appeal pending this Court's resolution of the appeal of the First PI. Both appeals stem from the same district court proceedings and involve overlapping parties, facts, and legal issues. A stay will promote judicial economy and conserve resources, as this Court's decision in the appeal of the First PI will inform the parties' briefing here.

The parties therefore respectfully request that the Court stay this appeal until the mandate issues in No. 25-3664.

DATED this 19th day of November, 2025.

    BRETT A. SHUMATE
      *Assistant Attorney General*
    DANIEL TENNY

    *s/ Sarah N. Smith*
    SARAH N. SMITH
      *Attorneys, Appellate Staff*
      *Civil Division, Room 7533*
      *U.S. Department of Justice*
      *950 Pennsylvania Avenue NW*
      *Washington, DC 20530*
      *(202) 305-0173*
      *Sarah.N.Smith@usdoj.gov*

    *Attorneys for Defendants-Appellants*

PACIFICA LAW GROUP LLP

*s/ Meha Goyal*
Paul J. Lawrence, WSBA #13557
Jamie Lisagor, WSBA #39946
Sarah S. Washburn, WSBA #44418
Meha Goyal, WSBA #56058
*Special Deputy Prosecutors*

401 Union Street, Suite 1600
Seattle, WA 98101
Tel: (206) 245-1700
Fax: (206) 245-1750
Paul.Lawrence@PacificaLawGroup.com
Jamie.Lisagor@PacificaLawGroup.com
Sarah.Washburn@PacificaLawGroup.com
Meha.Goyal@PacificaLawGroup.com

    *Attorneys for Plaintiffs-Appellees*

2