UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

COUNTY OF KING; et al.,

      Plaintiffs - Appellees,

  v.

SCOTT TURNER, Secretary of Housing &
Urban Development; et al.,

      Defendants - Appellants.

No. 25-6428

D.C. No. 2:25-cv-00814-BJR
Western District of Washington,
Seattle

ORDER

The parties' joint motion (Docket Entry No. 6) to stay appellate proceedings is granted. The briefing schedule is vacated.

Appellate proceedings are stayed until resolution of *County of King v. Turner*, No. 25-3664, or until further order of the court.

The parties must file a status report on February 17, 2026, and every 90 days thereafter while resolution of No. 25-3664 remains pending.

The parties must file a status report and motion for further relief within 7 days after resolution of No. 25-3664.

Failure to file a status report may terminate the stay of appellate proceedings.

                  FOR THE COURT:

                  MOLLY C. DWYER
                  CLERK OF COURT