IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| SCOTT TURNER, et al.,<br><br>Defendants-Appellants,<br><br>v.<br><br>MARTIN LUTHER KING, JR. COUNTY, et al.,<br><br>Plaintiffs-Appellees. | No. 25-6428<br><br>JOINT STATUS REPORT |

Pursuant to this Court's Order of November 21, 2025 (Dkt. 7.1), Plaintiffs-Appellees Martin Luther King, Jr. County, et al. and Defendants-Appellants Scott Turner, et al., have conferred and hereby submit this Joint Status Report.

1. There has been no decision in the Ninth Circuit Court of Appeals related case *County of King v. Turner*, No. 25-3664, on which basis this Court earlier stayed proceedings in this matter. That appeal was argued on February 9, 2026.

2. There has been no other activity or change in status on this matter. The parties respectfully request that this case remain stayed.

DATED this 16th day of August, 2026.

PACIFICA LAW GROUP LLP

Paul J. Lawrence, WSBA #13557
*/s/ Jamie Lisagor*
Jamie Lisagor, WSBA #39946
Sarah S. Washburn, WSBA #44418
Meha Goyal, WSBA #56058
*Special Deputy Prosecutors*

401 Union Street, Suite 1600
Seattle, WA 98101
Tel: 206-245-1700
Fax: 206-245-1750
Paul.Lawrence@PacificaLawGroup.com
Jamie.Lisagor@PacificaLawGroup.com
Sarah.Washburn@PacificaLawGroup.com
Meha.Goyal@PacificaLawGroup.com

*Attorneys for Plaintiffs-Appellees*

BRETT A. SHUMATE
*Assistant Attorney General*

DANIEL TENNY

*/s/ Sarah N. Smith*
Sarah N. Smith
Attorneys, Appellate Staff
Civil Division, Room 7533
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
T: 202-305-0173
sarah.n.smith@usdoj.gov

*Attorneys for Defendants-Appellants*